## ASSAAD v. THOMAS

No. 615P87.

Case below: 87 N.C. App. 276.

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 3 February 1988. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## BEARD v. BLUMENTHAL JEWISH HOME

No. 532P87.

Case below: 87 N.C. App. 58.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## BRAWLEY v. BRAWLEY

No. 617P87.

Case below: 87 N.C. App. 545.

Petition by defendant (Brawley) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## CLERK OF SUPERIOR COURT OF GUILFORD COUNTY v. GUILFORD BUILDERS SUPPLY CO., INC.

No. 609P87.

Case below: 87 N.C. App. 386.

Petition by defendant (Haines) for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.

## CRAVEN COUNTY v. HALL

No. 575P87.

Case below: 87 N.C. App. 256.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 February 1988.